[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 23, 2011
JOHN LEY
CLERK

No. 10-14546
Non-Argument Calendar

_____

D. C. Docket No. 3:09-cv-01175-MEF,
BKCY No. 3:08-80083-bk-DHW

DAVID A. HINES,

Plaintiff-Appellant,

versus

ANTHONY J. MARCHETTI,
WEST GEORGIA EMERGENCY MEDICINE, LLC,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

(March 23, 2011)

Before TJOFLAT, EDMONDSON and PRYOR, Circuit Judges.

PER CURIAM:

Appellant appeals the district court's order of August 30, 2010 affirming the

partial summary judgment the bankruptcy court granted appellees denying appellant a discharge because he violated 11 U.S.C. § 727(a)(2)(A) by transferring property with the intent to hinder, delay, or defraud a creditor within one year before he filed for bankruptcy. Appellant contends that the existence of material issues of fact foreclosed summary judgment; hence, we should reverse the district court's judgment and instruct the district court to vacate the summary judgment and remand the case to the bankruptcy court for further proceedings.

After examining the relevant portions of the record, we are convinced that, for the reasons stated by the district court in its August 30 order, the bankruptcy court did not err in granting the summary judgment complained of.

AFFIRMED.